UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DRANOEL ENAJ BROWN,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROGERS, et al.,<br><br>                    Defendants. | Case No. 2:16-CV-01333-JCC-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Dranoel Enaj Brown, a pro se prisoner, was incarcerated at the King County Regional Justice Center at the time he filed an application to proceed *in forma pauperis* ("IFP") and proposed 42 U.S.C. § 1983 civil rights action on August 23, 2016. Dkt. 1. On August 29, 2016, the Court granted the IFP application. Dkt. 3. On the same day, the Court declined to serve the complaint but granted plaintiff leave to file an amended complaint or show cause why it should not be dismissed for failure to state a claim. Dkt. 4. On September 13, 2016, the Court's mailings to plaintiff were returned by the postal service marked as "Not Deliverable As Addressed," and "Unable to Forward." Dkt. 7, 8.

Local Civil Rule ("LCR") 10(f) requires represented and unrepresented parties to notify the Court of any change of address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

REPORT AND RECOMMENDATION - 1

A party proceeding pro se shall keep the court and opposing parties advised as to his current address …. If mail directed to a pro se plaintiff by the clerk is returned by the Post Office, … and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

To date, plaintiff has not notified the Court of his current address and has not filed anything to further prosecute this action. Accordingly, the Court recommends **DISMISSING** this action without prejudice pursuant to Local Rule CR 41(b)(2) for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Any objections to this Recommendation must be filed no later than **Monday, November 14, 2016.** The matter will be ready for the Court's consideration on **Friday, November 18, 2016**. Objections shall not exceed five (5) pages. The failure to timely object may affect the right to appeal.

DATED this  24th  day of October, 2016.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2