UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DRANOEL ENAJ BROWN,

          Plaintiff,

  v.

DR. ROGERS, *et al.,*

          Defendants.

Case No. C16-1333-JCC-BAT

ORDER OF DISMISSAL

The Court, having reviewed the proposed complaint (Dkt. No. 1-1), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 9), the lack of objections thereto, and the remaining record, ORDERS as follows:

1. The Report and Recommendation is ADOPTED;
2. Plaintiff's proposed 42 U.S.C. § 1983 complaint is DISMISSED without prejudice for failure to prosecute; and
3. The Clerk shall send a copy of this order to the parties and to Judge Tsuchida.

//
//
//
//
//
//

ORDER OF DISMISSAL - 1

DATED this 15th day of November 2016.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2